USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/8/2020__

**MANGO & IACOVIELLO,**
**14 PENN PLAZA**
**NEW YORK, NEW YORK 1**
**(212) 695-5454**
www.mandilaw.com

ANTHONY G. MANGO
amango@mandilaw.com

May 7, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:   *Choror et al v. Abitino's 49th Street Corp. et al*
              **19-cv-09297 (AT)**

Dear Judge Torres:

We are the attorneys for the Defendants in the above referenced matter. I write to request an adjournment of the initial pretrial conference on May 13, 2020. The parties' mediation, previously scheduled for April 30, 2020, has been adjourned to July 9, 2020, due to the ongoing pandemic. Since the defendants' businesses are all shuttered closed, the parties agreed to adjourn the mediation to July 9th with the hope that businesses may be opened by that time and the defendants would be in a position to make a monetary offer to resolve the case. At this time, with no income whatsoever, the defendants are in no position to make any settlement offer, nor to incur any unnecessary legal fees. For this reason, the parties and the mediator agreed that the prudent course of action would be to adjourn the mediation. For the same reason, the defendants hereby request an adjournment of the initial conference to such time after the mediation. The plaintiffs' attorney has indicated that he does not object to defendants' request.

Respectfully submitted,

/s/ *Anthony G. Mango*

Anthony G. Mango

GRANTED. The telephonic conference scheduled for April 30, 2020 is ADJOURNED to **July 22, 2020**, at **11:00 a.m.** The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

By **July 15, 2020**, the parties shall submit a joint status letter.

SO ORDERED.

Dated: May 8, 2020
New York, New York

ANALISA TORRES
United States District Judge