USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/23/2020_

**MANGO & IACOVIELLO LLP**
14 PENN PLAZA
NEW YORK, NEW YORK 101__

ANTHONY G. MANGO
amango@mandilaw.com
(212) 695 5454

December 23, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

    Re:    *Choror et al v. Abitino's 49th Street Corp. et al*
            **19-cv-09297**

Dear Judge Torres:

We are the attorneys for the Defendants in the above referenced matter. I write on consent of all parties to respectfully request an adjournment of the pretrial conference currently scheduled for February 9, 2021, as well as to extend the mediation deadline of January 31, 2021 through April 30, 2021.

Sadly, the situation with restaurants in NYC has worsened, with the recent shutdown of indoor dining for an indefinite period. I have conferred with counsel for Plaintiff, and he is in agreement that it makes sense to push out the mediation dates for at least 90 days, at which time we remain hopeful for improvement within the industry, and a reopening of dining.

Given that there is simply no ability on the part of Defendants to engage in any meaningful settlement discussions at this time, we respectfully request an adjournment of the mediation deadline to April 30, 2021, to be followed by the initial pretrial conference before Your Honor sometime in May, 2021.

The Mediation Office has been made aware of the parties' request in this regard and awaits the direction of the Court as to adjourning the mediation of this matter.

GRANTED. By **April 30, 2021**, the parties shall participate in mediation. The initial pretrial conference scheduled for February 9, 2021, is ADJOURNED to **May 5, 2021**, at **10:40 a.m.** By **April 28, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 23, 2020
         New York, New York

                                            ANALISA TORRES
                                    United States District Judge