USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/28/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO GIDDEL CHAVALOC CHOROR and RENATO LOPEZ SAYAMAN,

        Plaintiffs,

-against-

ABITINO'S PIZZA 49TH STREET CORP. d/b/a ABITINO'S PIZZERIA, ABITINO PIZZA & RESTAURANT, INC. NO. II d/b/a ABITINO'S PIZZERIA, and MARIO ABITINO, SALVADOR ABITINO, DOMINIQUE ABITINO, and MARIO ABITINO JR., as individuals,

        Defendants.

19 Civ. 9297 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 30, 2021, the Court directed the parties to file their settlement motion, along with the settlement agreement, by May 30, 2021. ECF No. 43. The parties failed to comply with that order. Accordingly, by **July 6, 2021**, the parties shall file their motion.

SO ORDERED.

Dated: June 28, 2021
      New York, New York

                                    ANALISA TORRES
                               United States District Judge