

**HELEN F. DALTON & A...**
ATTORNEYS ...

80-02 Kew Gardens Road, Suite 6...
Tel. (718) 263-9591 Fa...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2022____
```

June 7, 2022

**Via ECF**
The Honorable Judge Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Chavaloc Choror v. Abitino's 49th Street Corp., et al.**
    **19-CV-9297 (AT)**

Dear Judge Torres:

    Our office represents the Plaintiff in the above-referenced matter and we submit this motion to respectfully request a two-week extension to file a revised settlement agreement pursuant to the Court's May 24, 2022 Order [Dkt. No. 49].

    As a personal matter, I was out of the office for over a week but returned today and I am still catching up on orders issued in the last two weeks. As such, I have not yet had an opportunity to redraft the settlement agreement for Defendants' review but intend to do so promptly. Therefore, I request this brief extension to file the revised settlement. Additionally, I e-mailed Defendants' counsel earlier today to confer regarding filing a Notice, Consent, and Reference of a Civil Action to Magistrate Judge form ("Consent Form") as addressed in the Court's June 1, 2022 Order [Dkt. No. 50]. To the extent that all parties consent to the reassignment, I would ask that this deadline to file the Consent Form also be extended two weeks.

    If the above requests are granted, the revised settlement agreement and Consent Form – should all parties agree – can be filed on or before June 21, 2022. I have no reason to believe that Defendants would oppose this request for an extension. This is the first request for an extension to file a revised settlement agreement and/or Consent Form pursuant to the above Orders and this request will not affect any other dates or deadlines.

    GRANTED. By **June 21, 2022**, the parties shall file their revised settlement agreement and consent to the jurisdiction of a magistrate judge, if all parties consent.

SO ORDERED.

Dated: June 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge