UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEDRO GIDDEL CHAVALOC CHOROR and
RENATO LOPEZ SAYAMAN,

                                  Plaintiffs,          19-CV-9297 (AT) (VF)

-against-

**ORDER**

ABITINO'S PIZZA 49TH STREET CORP., d/b/a
ABITINO'S PIZZERIA, ABITINO's PIZZA &
RESTAURANT, INC. No. II, d/b/a ABITINO'S
PIZZERIA, and MARIO ABITINO, SALVADOR
ABITINO, DOMINIQUE ABITINO, and MARIO
ABITINO, as individuals,

                                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to submit a revised settlement agreement, reflecting the amendments provided for in this Court's November 14, 2022 Order (ECF No. 59), by no later than **Friday, December 9, 2022**.

SO ORDERED.

DATED:    New York, New York
              December 1, 2022

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge

Copies to:

All counsel (via ECF)