

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

**Via ECF**
The Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted
>
> *Valerie Figueredo, U.S.M.J.*
> DATED: 1-17-2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 63.

Re: **Chavaloc Choror v. Abitino's 49th Street Corp., et al.**
    **19-CV-9297 (VF)**

Dear Judge Figueredo:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this motion to respectfully request an extension of time of the date by which Plaintiffs may move to restore this matter to active status.

    Pursuant to the Court's Order of Dismissal, dated December 13, 2022, Plaintiffs were permitted to move to restore to matter to active status within 30 days "if any aspect of the written documentation of the settlement agreement is not completed." As such, we understand that deadline to be today, January 13, 2023.

    We request this extension as payment has not yet been completed by Defendants. However, Defendants have indicated today that payment will be issued promptly. As such, we respectfully request that the deadline to restore this matter to active status be extended two weeks through January 27, 2023, to allow full payment to be made and obviate the need for restoring this matter.

    Defendants' counsel has consented to this request. This is the first request for an extension of this deadline and this request will not affect any other dates or deadlines.

    We thank the Court for its consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

CC: All Counsel of Record (via electronic mail and ECF)